JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ORMCO CORPORATION, | CASE NO. 8:16-cv-01925-AG(DFMx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| INNOVATIVE MATERIAL AND DEVICES, LLC, INNOVATIVE MATERIAL AND DEVICES, INC. and ORTHO PRIME, INC., | The Hon. Andrew J. Guilford<br>Courtroom 10D |
| | Trial Date:        None Set |
| Defendant. | |

1       The Court, having read and considered the parties' Stipulation of Dismissal
2 with Prejudice, and finding good cause, hereby grants the stipulation and ordered
3 that all claims be dismissed with prejudice, with each party to bear its own
4 attorneys' fees and costs with respect to the claims.
5       The Court further orders that it shall retain jurisdiction over any action
6 involving the parties' settlement agreement.

Dated: February 24, 2017      By: _____
                                          Hon. Andrew J. Guilford
                                          United States District Court Judge